IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYSTEMS AND SERVICE PROS, INC.
and THOMAS STAFFORD,

       Plaintiffs     :     CIVIL ACTION NO. 1:CV-00-825

                          (Judge Kane)

v.

GARY E. CROWELL, ET AL,

       Defendants

**FILED SCRANTON MAR 22 2002** PER _____ DEPUTY CLERK

**CLERK'S TAXATION OF COSTS**
March 21, 2002

    The defendants filed a bill of costs seeking $1,255.40 for witness fees, docket fees and costs incident to taking depositions. As the plaintiff has not filed objections, and the items in the bill of costs are taxable under 28 U.S.C. §§ 1920, 1923 and the Local Rules of Court,

    **IT IS ORDERED THAT** costs be taxed against the plaintiffs and in favor of the defendants in the amount of $1,255.40.

    Any party may appeal this decision to the court within five (5) days after notice of taxation. Fed.R.Civ.P. 54(d)(1). Written specifications of the items objected to and the grounds of objections must be filed with the court and served on opposing counsel or opposing parties within five (5) days. LR 54.3.

                                                            MARY E. D'ANDREA, Clerk

cc:   All parties/counsel

AO 72A
(Rev. 8/82)