IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYSTEMS AND SERVICE PROS, INC.
and THOMAS STAFFORD,

      Plaintiffs     :    CIVIL ACTION NO. 1:CV-00-825

                                       (Judge Kane)

v.

GARY E. CROWELL, ET AL,

      Defendants

### JUDGMENT

Pursuant to the court's judgment entered <u>November 21, 2001</u> and Federal Rule of Civil Procedure 54(d)(1), costs are hereby taxed against the <u>plaintiffs Systems and Service Pros, Inc. and Thomas Stafford</u> and in favor of the <u>defendants Gary E. Crowell, Barbara Shelton, John Does 1-3, and The Commonwealth Department of General Services</u> in the amount of <u>$1,255.40</u>.

                                      ATTEST:

                                      MARY E. D'ANDREA, Clerk

FILED
SCRANTON
MAR 22 2002
PER _____ DEPUTY CLERK

AO 72A
(Rev. 8/82)